2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  **B-04-020** |
| $19,500, U.S. Currency, | § | |
| Defendant. | § | |

## GOVERNMENT'S MOTION FOR A SUMMONS AND AN ARREST WARRANT

United States of America, plaintiff, moves for a summons and warrant for the arrest of

defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and

Maritime Claims.  Rule C(3)(a)(i) states that:

> When the United States files a complaint demanding a forfeiture for violation of a federal
> statute, the clerk must promptly issue a summons and a warrant for the arrest of the . . .
> property. . . .

The government has filed a complaint demanding forfeiture of the listed defendant properties.

The complaint demands forfeiture for violations of 21 U.S.C. § 881(a)(6) and 18 U.S.C.

§981(a)(1)(A).  The relevant statute, 21 U.S.C. §881(a)(6), provides that all proceeds traceable to

an exchange for a controlled substance shall be subject to forfeiture to the United States.

Additionally, 18 U.S.C.§981(a)(1)(A) provides that any property involved in a transaction

involving money laundering, 18 U.S.C. §1957, or any property traceable to such property is

subject to forfeiture to the United States.

Accordingly, the government respectfully requests the issuance of an arrest warrant and summons.

Respectfully submitted,

Michael T. Shelby
United States Attorney

By: _____

Jim Hurd
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9341
Fax (713) 718-3404