UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. B-04-020 |
| $19,500, U.S. Currency,<br>Defendant. | § § § | |

### ORDER TO ISSUE WARRANT OF ARREST AND SUMMONS

It is ORDERED that the government's motion for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is granted. The Clerk of the Court shall issue a Warrant of Arrest and Summons for the above listed properties.

Signed February __13__ 2004, at Brownsville, Texas

_____
United States District Judge