

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO: B-04-020 |
| $19,500.00 (NINETEEN THOUSAND, FIVE HUNDRED DOLLARS IN UNITED STATES CURRENCY | § | |
| Defendant | | |

REAL PARTY IN INTEREST'S ORIGINAL ANSWER

TO THE JUDGE AND JURY OF THIS COURT:

COMES NOW, Ramiro Tijerina Pena, in the above styled and numbered cause, and files his Real Party in Interest's Original Answer, and would respectfully show onto the court the following:

1. Real Party in Interest denies the allegations contained in paragraph 1 in the complaint.

2. Real Party in admits that this Court possesses jurisdiction and venue.

3. Real Party in Interest admits the allegations contained in paragraph 3 in the complaint.

4. Real Party in Interest denies the allegations contained in paragraph 4 in the complaint.

5. Real Party in Interest denies the allegations contained in paragraph 5 in the

complaint.

6. Real Party in Interest denies the allegations contained in paragraph 6 in the complaint.

7. Real Party in Interest denies the allegations contained in paragraph 7 in the complaint.

8. Real Party in Interest denies the allegations contained in paragraph 8 in the complaint.

9. Real Party in Interest denies the allegations contained in paragraph 9 in the complaint.

10. Real Party in Interest denies the allegations contained in both paragraph 10's in the complaint.

11. Real Party in Interest denies the allegations contained in paragraph 11 in the complaint.

Wherefore, Premises Considered, Real Party in Interest Ramiro Tijerina Pena herein respectfully prays the Plaintiff take nothing; the property be returned to him and for other and further relief, either at law or in equity, to which Real Party shows himself entitled to.

Respectfully submitted,

*Rolando Garza* (signature)
Rolando Garza
5526 North 10th Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile
State Bar No. 24004665
Federal I.D. No. 32297

## VERIFICATION

BEFORE ME, the undersigned authority, on this day appeared Ramiro Tijerina Pena, who after being duly sworn stated that he has personal knowledge of the facts stated herein, and that everything contained herein is true and correct.

_____
Ramiro Tijerina Peña

**SUBSCRIBED AND SWORN TO BEFORE ME on** March 17, 2004

to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



OLGA REYES
MY COMMISSION EXPIRES
April 28, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Real Party in Interest's Original Answer has been forwarded to the U.S. Attorney's Office care of Assistant United States Attorney, James A. Hurd, P.O. Box 61129, 910 Travis, Suite 1500, Houston, Texas 77208 on March 18, 2004.

_____
Rolando Garza