# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

RECEIVED
UNITED STATES MARSHALS
2004 SEP 28 PM 3:53
SOUTHERN DISTRICT S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-04-020 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $19,500.00 IN U.S. CURRENCY | EXECUTION/WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S.M.S.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Judith A. Lombardino
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street   Suite 1500
PO Box 61129
Houston, Texas   77208-1129

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
OCT - 4 2004
MICHAEL N. MILBY, CLERK OF COURT

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**PLEASE EXECUTE**

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (713) 567-9709
DATE: September 27, 2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk | Date 9/28/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 10-01-04
Time: 9:00 am

Signature of U.S. Marshal or Deputy

| Service Fee $45.00 | Total Mileage Charges (including endeavors) — | Forwarding Fee — | Total Charges $45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

**CLERK**

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

WHITE     PINK     YELLOW     BLUE     GREEN

# WARRANT OF ARREST AND SUMMONS

RECEIVED
UNITED
04 SEP 24 PM 3:40
SOUTHERN DIST. S/TX

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF TEXAS

B-04-020

### BROWNSVILLE DIVISION

**To the Marshal of the Southern District of Texas or any designated agent:**

**WHEREAS,** on this day, a Complaint for Forfeiture was filed in the United States District Court for the Southern District of Texas, by MICHAEL T. SHELBY, United States Attorney for said district, on behalf of the United States of America, against the following described property:

### $19,500.00 IN UNITED STATES CURRENCY

and praying that all persons interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said Complaint mentioned, be condemned as forfeited to the use of the United States.

**YOU ARE THEREFORE HEREBY COMMANDED** to attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the LOCAL NEWSPAPER to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said Complaint, that they be and appear before this Court, at the City of HOUSTON within the (30) days after giving of publication notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf and that they shall file and serve their answers within twenty (20) days after the filing of said claims. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT: |
|---|---|
| Hilda Tagle | BROWNSVILLE, TEXAS |
| **DATE:** SEP 24 2004 | **CLERK:** MICHAEL N. MILBY <br> **BY DEPUTY CLERK:** |

RETURNABLE ___ DAY AFTER ISSUE.

## RETURN

| DISTRICT: | DATE THE WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| STX | 10-01-04 |
| **U.S. MARSHAL** <br> Ruben Monzon | **BY DEPUTY MARSHAL:** |