**U.S. Department of Justice**
**United States Marshals Service**

PROC... RECEIPT AND RETURN

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04 B-04-020 |
| $19,500.00 IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>PUBLICATION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
U.S.M.S. — Brownsville Herald

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
BROWNSVILLE, TX

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Jim Hurd
Assistant United States Attorney
Office of the United States Attorney
PO Box 61129
Houston, Texas 77208-1129

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

NOTICE OF FORFEITURE ATTACHED. PLEASE PUBLISH IN LOCAL NEWSPAPER FOR THREE CONSECUTIVE WEEKS AND PROVIDE A VOUCHER AND A COPY OF THE PUBLICATION NOTICE TO THE AUSA AS SOON AS POSSIBLE AFTER THE LAST DAY OF PUBLICATION.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (713) 567-9341
DATE: February 3, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk LG (B'ville) | Date |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Brownsville Herald

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):
Paperwork rec'd at Brownsville Herald; to be published on March 14th, March 20th & March 22, 2004

Date of Service: 03-10-04
Time: 10:00 am

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS: Advertisement published on dates listed above.

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

w CLERK        PINK        YELLOW        BLUE        GREEN



UNITED STATES OF AMERICA v. $19,500.00 IN UNITED STATES CURRENCY
Civil No. B-04-020
NOTICE OF INTENT TO FORFEIT
The United States America intends to forfeit $19,500. in United States Currency.
Anyone with a legal inter in the Defendant Property who see to contest the forfeiture must file claim the manner set forth in Rule of the Supplemental Rules for Cert Admiralty and Maritime Claims, wit 30 days after execution of proce and an answer within 20 da thereafter. Such pleadings shall filed with the U.S. District Clerk, 6 E. Harrison, Room 101, Brownsvil Texas, 78520, with a copy to J Hurd, Assistant U.S. Attorney, P. Box 61129, Houston, Texas 77208.
3/14, 3/20, 3/22/04

## PUBLISHER'S AFFIDAVIT

STATE OF TEXAS
CAMERON COUNTY

_____Ricardo Acosta_____, BEING DULY SWORN ON HIS OATH STATES THAT HE

IS THE BOOKKEEPER OF THE BROWNSVILLE HERALD AND THAT THE ATTACHED NOTICE

Notice Of Intent To Forfeit

APPEARED IN THE FOLLOWING ISSUES    March 14, 2004

#4745

SUBSCRIBED AND SWORN BEFORE ME THIS    23rd   DAY OF    March
2004

OLGA SALDIVAR
Notary Public
State of Texas
My Comm. Exp. 03/07/07

NOTARY PUBLIC, CAMERON COUNTY

# BROWNSVILLE The Herald

## PUBLISHER'S AFFIDAVIT

**STATE OF TEXAS**
**CAMERON COUNTY**

_____Ricardo Acosta_____, BEING DULY SWORN ON HIS OATH STATES THAT HE

IS THE BOOKKEEPER OF THE BROWNSVILLE HERALD AND THAT THE ATTACHED NOTICE

Notice Of Intent To Forfeit _____

APPEARED IN THE FOLLOWING ISSUES _____March 22, 2004_____

#4745

SUBSCRIBED AND SWORN BEFORE ME THIS     __25th__ DAY OF __March__
2004

OLGA SALDIVAR
Notary Public
State of Texas
My Comm. Exp. 03/07/07

NOTARY PUBLIC, CAMERON COUNTY

---

UNITED STATES OF AMERICA v. $19,500.00 IN UNITED STATES CURRENCY
Civil No. B-04-020
NOTICE OF INTENT TO FORFEIT
The United States of America intends to forfeit $19,500.00 in United States Currency.
Anyone with a legal interest in the Defendant Property who seeks to contest the forfeiture must file a claim the manner set forth in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, within 30 days after execution of process and an answer within 20 days thereafter. Such pleadings shall be filed with the U.S. District Clerk, 600 E. Harrison, Room 101, Brownsville, Texas, 78520, with a copy to Jim Hurd, Assistant U.S. Attorney, P.O. Box 61129, Houston, Texas 77208.
3/14, 3/20, 3/22/04

# The Brownsville Herald

**PUBLISHER'S AFFIDAVIT**

STATE OF TEXAS
CAMERON COUNTY

_____Ricardo Acosta_____, BEING DULY SWORN ON HIS OATH STATES THAT HE

IS THE BOOKKEEPER OF THE BROWNSVILLE HERALD AND THAT THE ATTACHED NOTICE

Notice Of Intent To Forfeit _____

APPEARED IN THE FOLLOWING ISSUES  _____March 20, 2004_____

#4745

SUBSCRIBED AND SWORN BEFORE ME THIS     23rd     DAY OF     March
2004

OLGA SALDIVAR
Notary Public
State of Texas
My Comm. Exp. 03/07/07

NOTARY PUBLIC, CAMERON COUNTY

---

**UNITED STATES OF AMERICA vs. $19,500.00 IN UNITED STATES CURRENCY**
Civil No. B-04-020
**NOTICE OF INTENT TO FORFEIT**

The United States America intends to forfeit $19,500.0 in United States Currency.

Anyone with a legal intere in the Defendant Property who see to contest the forfeiture must file claim the manner set forth in Rule of the Supplemental Rules for Certa Admiralty and Maritime Claims, with 30 days after execution of proces and an answer within 20 da thereafter. Such pleadings shall l filed with the U.S. District Clerk, 6 E. Harrison, Room 101, Brownsvil Texas, 78520, with a copy to J Hurd, Assistant U.S. Attorney, P. Box 61129, Houston, Texas 77208.
3/14, 3/20, 3/22/04