UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br><br><br>$19,500 (Nineteen Thousand Five Hundred Dollars in United States Currency)<br>Defendant | § § § § § § § § § § | CIVIL ACTION NO. B-04-2989 |

## ORDER STRIKING ANSWER OF RAMIRO TIJERINA PENA AND FINAL JUDGMENT OF FORFEITURE

The Court hereby grants the United States' Motion to Strike and strikes Ramiro Tijerina Pena's pleading entitled "Real Party In Interest's Original Answer" (DOC 4) for the reason that after receiving proper notice of forfeiture, Pena failed to comply with the provisions of Supplemental Rule C(6), by failing to timely file a proper verified claim. As such, Pena lacks the statutory requirements for standing to participate in this action.

Further having reviewed the record in this case, the Court finds that proper notice has been given and that the time for filing verified claims and answers has expired. The Court further finds since there are no claimants properly before this

Court, the United State's motion for Default Judgment of Forfeiture is granted.

Accordingly, it is the Judgement of this Court that the $19,500 (Nineteen Thousand Five Hundred Dollars) in United States Currency is hereby forfeited to the United States. This is a final judgment.

SIGNED this \_\_\_\_ day of _____, 2004, at Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE