CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
RECEIVED

DEC 0 6 2004

Michael N. Milby, Clerk

James A Drabek
Glover, Robinson & Sheiness
2343 McGloin Road
Brownsville

Case: 1:04-cv-00200

LF

United States
Southern District
FILED ☐ Vacant ☐ Insuff
DEC 0 3 2004
Michael N. Milby, Clerk of the

☐ Not
☐
☐
☐
☐ Moved
☐ Unclaimed ☐ Refused
☐ Attempted-Not Known
☐ No Mail Receptacle
☐ Closed-No Order
☐ Returned For Better Address

Hasler

012H16202949
$00.370
11/23/2004
Mailed From  77002
US POSTAGE