UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO: B-04-020 |
| $19,500.00 (NINETEEN THOUSAND, FIVE HUNDRED DOLLARS IN UNITED STATES CURRENCY | § § | |
| Defendant | | |

United States District Court
Southern District of Texas
FILED

DEC 1 4 2004

Michael N. Milby
Clerk of Court

## CLAIM OF OWNERSHIP

I, Ramiro Tijerina Pena am the owner of the following seized property: $19,500.00 in U.S. currency more particularly described as Seizure Number 3770030109, Asset Id Number 03-FBI-004068.

I wish to contest the seizure and forfeiture of the noted $19,500.00 in U.S. currency which was seized from me on or about August 26, 2003 by the Harlingen Police Department in Harlingen, Texas.

## VERIFICATION

BEFORE ME, the undersigned authority, on this day personally appeared Ramiro Tijerina Pena, who after being duly sworn stated:

> "I have read the foregoing Claim of Ownership and swear that all of the allegations of fact contained therein are true and correct."

Ramiro Tijerina Pena

SUBSCRIBED AND SWORN TO BEFORE ME on November 21, 2003

to certify which witness my hand and seal of office.

Notary Public, State of Texas



BELINDA PEACOCK
MY COMMISSION EXPIRES
December 2, 2006

Respectfully submitted,

*(signed)*
Rolando Garza
5526 North 10th Street
McAllen, Texas 78504
(956) 682-9477  Telephone
(956) 682-0223  Facsimile
State Bar No. 24004665
Federal I.D. No. 32297

## VERIFICATION

BEFORE ME, the undersigned authority, on this day appeared Rolando Garza, who after being duly sworn stated that he has personal knowledge of the facts stated herein, and that everything contained herein is true and correct.

*(signed)*
Rolando Garza

SUBSCRIBED AND SWORN TO BEFORE ME on __12/13/04__ to certify which witness my hand and seal of office.

*(signed)*
Notary Public, State of Texas


FRANCISCO CANTU
MY COMMISSION EXPIRES
August 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the U.S. Attorney's Office care of Assistant United States Attorney, Judith A. Lombardino, P.O. Box 61129, Houston, Texas 77208 on ~~12-14-04~~ R.G. 12-14-04.

*(signed)*
Rolando Garza