UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO: B-04-020 |
| $19,500.00 (NINETEEN THOUSAND, FIVE HUNDRED DOLLARS IN UNITED STATES CURRENCY | § | |
| Defendant | § | |

### ORDER ON MOTION FOR LEAVE TO FILE CLAIM

On _____, came on to be considered Defendant's Motion for Leave to File Claim, and it is hereby ORDERED that said motion is:

**(GRANTED    /    DENIED).**

**SIGNED** this _____ Brownsville, Texas.

_____
**JUDGE PRESIDING**