UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO.  B-04-020 |
| v. | § | |
| | § | |
| $19,500 U.S. CURRENCY | § | |
| | § | |
| Defendants. | | |

## ORDER

Having considered Motion For Leave To File Claim (DOC #12) filed in above and entitled matter on the behalf of Ramiro Tijerina Pena and the response and opposition of the United States thereto, the motion for leave to file claim is denied.   Further, the request  to treat the answer (DOC #4) as a verified claim is denied.

Signed this _____day of _____, 2005 in Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge