UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 5 2005

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. B-04-020 |
| v. § | |
| § | |
| $19,500 U.S. CURRENCY § | |
| § | |
| Defendants. | |

### TABLE OF CONTENTS AND AUTHORITIES FOR UNITED STATES' RESPONSE AND OPPOSITION TO MOTION FOR LEAVE TO FILE CLAIM

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

JUDITH A. LOMBARDINO
Assistant United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9709
Facsimile: 713-718-3404

Table Of Contents

I. Pena Has Not Demonstrated Excusable Neglect Nor Other Mitigating Circumstances For His Failure To Timely File A Verified Claim That Would Justify Relief From Strict Compliance With The Requirements of Rule 6 (C) Permitting Him To File A Verified Claim/Statement Of Interest Seven (7) Months After The Time For Filing Same Has Expired............ ...............................2 -8

II. The Pleading "Real Party In Interest's Original Answer" Is Not Sufficient To Constitute A Properly Verified And Timely Filed Claim and Should Be Stricken................................................................................................ 8-18

A. The Pleading "Real Party In Interest's Original Answer" Was Not Properly Verified................................................................................................8-14

B. Content of "Real Party In Interest's Original Answer" Is Insufficient And Does Not Identify Nor State The Nature of Pena's Interest In The Defendant Property...............................................................................................14-18

Conclusion................................................................................................18

# TABLE OF AUTHORITIES

## CASES

1. *Mercado v. U.S. Customs Service*, 873 F. 2d 641, 645 (2d Cir. 1989)..................................................................................................12,17

2. *United States v. Commodity Account No. 54954930*, 219 F. 3d 595, 597-98..................................................................................................3,9,11

3. *United States v. Currency $267,961.07*, 916 F.2d 1104, 1108 (6th Cir. 1990)..................................................................................................10

4. *United States v. Ford 250 Pickup 1990*, 980 F. 2d 1242, 1244 (8th Cir. 1992)..................................................................................................7

5. *United States v. One 1978 Piper Navajo*, 748 F. 2d 316, 319 (5th Cir. 1984)..................................................................................................5,8,10

6. *United States v. One Diary Farm*, 918 F.2d 310, 312 (1st Cir. 1990)..................................................................................................7

7. *United States v. One Hundred Four Thousand Six Hundred Seventy-FourDollars*, 17 F. 3d 267 (8th Cir. 1994)..................................................7

8. *United States v. One Urban Lot*, 885 F. 2d 994 (1st Cir. 1989)..................................................................................................9

9. *United States v. Properties Described in Complaints 764 Rochelle Drive*, 612 F. Supp. 465, 467-468................................................................ 6

10. *United States v. Real Property Located at 14301 Gateway Boulevard West*, 123 F. 2d 312 (5th Cir. 1997)..........................................................9

11. *United States v. United States Currency in the Amount of $2,857.00*, 754 F. 2d 208, 214 (7th Cir. 1984)..................................................................15

*12. United States v. 51 Pieces of Real Property, Roswell, New Mexico*, 17 F.3d 1306, 1318 (10th Cir. 1994)..................................................................................11

*13. United States v. $1,437.00 U.S. Currency*, 242 F. Supp. 2d 193, 195-96 (W.D.N.Y.)..........................................................................................................8

*14. United States v. 6000 U.S. Currency*, 2000 WL 680339 (E.D. La. 2000).................................................................................................................3,9

*15. United States v. $38,570.00*, 950 F. 2d 1108, 1111 (5th Cir. 1992).....................................................................................................................16

*16. United States v. 175, 918.00 In U.S. Currency*, 755 F. Supp. 630, 632 (S.D.N.Y.1991)...................................................................................................5,11

*17. United States v. Currency $267,961.07*, 916 F.2d 1104, 1108 (6th Cir. 1990)......................................................................................................................10

*18. United States v. 244, 320.00 In United States Currency*, 295 F. Supp. 1050, 1061 ( S.D. Iowa 2003)................................................................................18

*19. United States v. $288,914.00 in U.S. Currency*, 722 F. Supp. 267, 270 (E.D.La. 1989).......................................................................................................9

*20. United States v. 9,041, 598. 68*, 163 F. 3d 238, 245 ( 5TH Cir. 1998).....................................................................................................................16

## STATUTES

1. Fed. R. Civ. P. 8 (b)................................................................................5, 13

2. Rule C(6)(a)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims.............................................................................................................11

3. Rule C(6)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims.............................................................................................................11

4. Rule C(6)(a)(i)(B) of the Supplemental Rules for Certain Admiralty and Maritime Claims..................................................................................4

5. Rule C(6)(a)(iii) of the Supplemental Rules for Certain Admiralty and Maritime Claims..................................................................................1

ATTACHMENTS:

1. *United States v. 6000 U.S. Currency*, 2000 WL 680339 (E.D. La. 2000)(exhibit A)