UNITED STATES DISTRICT CORUT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States Courts
Southern District of Texas
FILED

MAR 1 4 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CIVIL ACTION NO. H-04-20 |
| | § | |
| v. | § | |
| | § | |
| $19,500 (NINETEEN THOUSAND, | § | |
| FIVE HUNDRED DOLLARS) | § | |
| IN U.S. CURRENCY | § | |
| Defendant. | § | |

PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following have an

interest in the outcome of the above-captioned case.

1.    The United States of America;

2.    Federal Bureau of Investigation;

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
JUDITH A. LOMBARDINO
Assistant United States Attorney
Attorney in Charge
La. Bar No. 08703
P. O. Box 61129
Houston, Texas 77208
713-567-9709 - telephone
713-718-3404 - facsimile
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Certificate of

Interested Parties was mailed by United States first class mail, postage prepaid to

Rolando Garza, attorney for Ramiro Tijerina Pena, on *4th day of March* 2005.


JUDITH A. LOMBARDINO
Assistant United States Attorney