United States District Court
Southern District of Texas
FILED

MAR 1 4 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-04-020 |
| v. | § | |
| | § | |
| | § | |
| $19,500 UNITED STATES CURRENCY | § | |
| Defendant. | | |

## UNITED STATES' UNOPPOSED MOTION TO TO CONTINUE PRE-TRIAL CONFERENCE AND POSTPONE DISCOVERY SET FORTH IN FEBRUARY 16, 2005 ORDER SETTING CONFERENCE

May It Please the Court:

The United States moves the Court to postpone the initial pretrial conference as well as the discovery set forth in the February 16, 2005 Order Setting Conference and would show as follows:

In its order of February 16, 2005, this Court set an initial pretrial conference for March 28, 2005 at 9:15 a.m. Additionally, portions of the order such as paragraphs 4,5,6, 10 instructs the parties to engage in discovery type matters (DOC 17). Pending before this court is a motion filed by the United States, that if granted, would result in final disposition of the pending forfeiture action, rendering the pre-trial conference and engaging in discovery unnecessary

for both Ramiro Tijerina Pena and the United States.

On November 30, 2005, the United States filed a Motion to Strike Answer and Motion for Default Judgment (DOC 10). The United States contended, among other things, that potential claimant, Ramiro Tijerina Pena, had failed to file a verified claim as required by Rule C(6)(a)(i) of the Supplemental Rules for Certain Admiralty and Maritime Claims and as such has failed to demonstrate statutory standing to contest the forfeiture of Defendant Currency. Further, that the answer on file with the court does not constitute a substitute for the verified claim. Therefore, Pena's answer should be stricken and a final judgement of forfeiture entered.

On December 14, 2004 Pena filed a "Motion For Leave to File Claim" (DOC 13) requesting that his filed answer be treated as both a claim and answer and/or that he be allowed to file a claim. The United States filed a response opposing Pena's request for enlargement of time to file a verified claim (DOC 14, 15, 16)[1]. Generally, Pena's request was untimely and Pena had failed to demonstrate that

---

[1] For clarification purposes to the docket sheet, DOC 15 is described thereon as a Supplement to the United States Response and Opposition to Pena's Motion for Leave to File Claim. A review of the document on file reveals that in fact, it is the Table of Contents and Authorities for United States' Response and Opposition to Motion for Leave to File Claim(DOC 14). DOC 15 (described on the docket sheet as Table of Contents and Authorities for United States Response and Opposition to Motion for Leave to File Claim ) is an exact duplicate of DOC14. Apparently, the table of contents and authorities accompanying the United States' opposition and response was docketed twice but described differently.

his failure to file a verified claim was the result of excusable neglect or some other recognized mitigating circumstance. Further, the filed answer was insufficient to constitute a properly verified and timely filed claim.

Should the Court grant the United States' motion to strike Pena's and/or deny Pena's motion for an enlargement of time, Pena would not have statutory standing to contest the forfeiture. As such, Pena is precluded from defending the forfeiture matter including initiating and participating in discovery and other such related matters. Therefore, discovery in this case would become unnecessary. Because no other party has filed a verified claim in this matter, it would be appropriate for the Court to enter a final judgment of forfeiture.

Accordingly, the United States respectfully moves the Court to continue the initial pretrial conference and postpone discovery in this case, until such time the Court has ruled on the United States' Motion to Strike Claim and Motion for Default Judgment, and/or the United States Response and Opposition to Pena's Motion for Leave to File claim. Additionally, should the Court deem it appropriate, both the United States and Pena respectfully suggest, that the pending motions be addressed at the time and date set for the initial pre-trial conference.

This motion is made in the interests of justice and not for purposes of delay.

3

## Statement of Conference with Opposing Counsel

The United States has conferred with Mr. Rolando Garza, counsel for Ramiro Tijerina Pena, and he does not oppose this motion.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

_____ For:
JUDITH A. LOMBARDINO
Attorney-in-Charge
Assistant U.S. Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
Phone: 713-567-9709
Facsimile: 713-718-3404

## CERTIFICATE OF SERVICE

I, Judith A. Lombardino, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing has been served on counsel of record via United States mail postage pre-paid and facsimile, on _____, addressed to:

Mr. Rolando Garza
5526 North 10th Street
McAllen, Texas 78504
facsimile 956/682-0223

_____For:
Judith A. Lombardino
Assistant United States Attorney