UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>$19,500 UNITED STATES CURRENCY<br>Defendant. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. B-04-020 |

## ORDER

Considering the United States' Unopposed Motion to Continue the Initial Pretrial Conference and Postpone Discovery as set forth in this Court's order of February 16, 2005, the motion is granted for the reasons set forth therein. The initial pretrial conference is continued and discovery is postponed until further notice.

It is further ordered that the pending motions filed by the United States and Ramiro Tijerina Pena will be heard at the same date and time as that previously scheduled for the initial pretrial conference, namely, March 28, 2004 at 9:15 a.m.

Ordered this _____ day of _____, 2005 in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT COURT