United States Courts
Southern District of Texas
FILED

MAR 1 4 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO.  H-04-20 |
| | § | |
| $19,500.00 IN U.S. CURRENCY | § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION TO DELETE COUNSEL FROM COURT RECORD

COMES NOW, Plaintiff, the United States of America, by and through Michael T.

Shelby, United States Attorney for the Southern District of Texas, and Judith A. Lombardino,

Assistant United States Attorney for the Southern District of Texas, and files this its Motion to

Delete Counsel from the Court Record  and for cause would show:

I.

According to the clerk's record in the above entitled and numbered case,  Assistant

United States Attorney James A. Hurd and Assistant United States Attorney Judith A.

Lombardino are named as attorneys for the Plaintiff.  James A. Hurd, has since retired from

government service, and is no longer an Assistant United States Attorney.  As a result, he can no

longer continue to represent the United States, Plaintiff.

II.

It is respectfully requested that his name be removed as counsel of record, for Plaintiff,

United States of America.   AUSA Judith A. Lombardino shall remain as the Attorney in Charge.

For the foregoing reasons, it is respectfully requested that this motion be granted.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

Judith A. Lombardino
Assistant United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, Texas 77208
(713) 567-9709

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on Mr. Rolando Garza  by placing same in mail, postage prepaid, on this 14th day of March , 2005.

JUDITH A. LOMBARDINO
Assistant United States Attorney