United States District Court
Southern District of Texas
FILED

MAR 1 6 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT CORUT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | CIVIL ACTION NO. B-04-020 |
| | § | |
| v. | § | |
| | § | |
| $19,500 (NINETEEN THOUSAND, | § | |
| FIVE HUNDRED DOLLARS) | § | |
| IN U.S. CURRENCY | § | |
| Defendant. | § | |

## DEFENDANT'S/REAL PARTY IN INTEREST'S
## CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that the following have an interest in the outcome of the above-captioned case.

1.    Ramiro Tijerina Pena;
2.    The United States of America;

Respectfully submitted,

Rolando Garza
5526 North 10th Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile
State Bar No. 24004665
Federal I.D. No. 32297

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above document has been forwarded by

U.S. mail to the U.S. Attorney's Office care of Assistant United States Attorney, Judi

Lombardino, P.O. Box 61129, Houston, Texas 77208 on March 14, 2005.

Rolando Garza