**ORIGINAL**

United States District Court
Southern District of Texas
ENTERED

MAR 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-04-20 |
| | § | |
| $19,500.00 IN U.S. CURRENCY | § | |
| Defendant. | § | |

## ORDER

Came on to be considered by the Court is Plaintiff's Motion to Delete Counsel From the Court Record. The Court having determined said motion to be meritorious hereby grants said motion for the reasons stated therein. It is furthered ordered, that the Clerk of Court shall remove from its records as counsel for the Plaintiff, the United States of America, Attorney James A. Hurd, leaving Assistant United States Attorney Judith A. Lombardino, as the attorney in charge for Plaintiff, in the above and entitled matter.

Ordered this _22_ day of _March_, 2005, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE