IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 24 2005 4:00

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA., § | |
| § | |
| PLAINTIFF, § | |
| § | |
| § | |
| v. § | C.A. NO. B-04-020 |
| § | |
| § | |
| $19,500 UNITED STATES § | |
| CURRENCY § | |
| DEFENDANT. § | |

**ORDER**

BE IT REMEMBERED that on March 24, 2005, the Court **GRANTED** the United States's Unopposed Motion to Continue the Initial Pretrial Conference [Dkt. No. 19]. The initial pretrial conference scheduled for March 28, 2005, at 9:15 a.m. is **CANCELLED** until further notice.

DONE this 24th day of March, 2005, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge