```
                                        United States District Court
                                        Southern District of Texas
                                                FILED

                                              MAR 29 2005

                                        Michael N. Milby, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| MARIA TAPIA, ET AL | § CASE NO. CA-B-04-020 |
| | § |
| VERSUS | § BROWNSVILLE, TEXAS |
| | § MARCH 17, 2005 |
| JOSE MARCELO DEGOLLADO, ET AL | § 9:45 A.M. TO 10:11 A.M. |

<u>MOTION HEARING</u>

BEFORE THE HON. HILDA G. TAGLE, UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:              SEE NEXT PAGE

For the Defendant:              SEE NEXT PAGE

Court Recorder:                 Rosy D'Venturi

PREPARED BY:

JUDICIAL TRANSCRIBERS OF TEXAS, INC.
P.O. Box 925675
Houston, Texas 77292
(713) 697-4718 (office) ♦ (713) 697-4722 (fax)
www.judicialtranscribers.com

Proceedings recorded by electronic sound recording,
transcript produced by transcription service.