IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA., § <br> § <br> PLAINTIFF, § <br> § <br> § <br> v. § <br> § <br> § <br> $19,500 UNITED STATES § <br> CURRENCY § <br> DEFENDANT. § | C.A. NO. B-04-020 |

### FINAL JUDGMENT OF FORFEITURE

BE IT REMEMBERED that on August 12, 2005, the Court, finding there are no claimants properly before this Court, and having granted the government's Motion for Default Judgment, **ORDERED** that $19,500 (Nineteen Thousand Five Hundred Dollars) in United States currency be **forfeited** to the United States.

This is a final judgment.

DONE this 12th day of August, 2005, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge