| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>B-04-20 |
| $19,500 UNITED STATES CURRENCY | | TYPE OF PROCESS<br>FINAL JUDGMENT |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>U.S.M.S. |
|---|---|
| | ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*) |

United States Courts
Southern District of Texas
FILED

OCT 2 6 2005

Michael N. Milby, Clerk of Court

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Judith A. Lombardino
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street   Suite 1500
PO Box 61129
Houston, Texas   77208-1129

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

03-FBI-4068

## PLEASE DISPOSE OF DEFENDANT PROPERTY PER THE ATTACHED ORDER

Signature of Attorney or other Originator requesting service on behalf of :  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (713) 567-9709

DATE: October 19, 2005

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>No. 1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk | Date<br>10-20-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service: 10-25-05   Time: 1:40 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$45 | Total Mileage Charges<br>(*including endeavors*)<br>— | Forwarding Fee<br>— | Total Charges<br>$45 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

On this date, 10/25/2005, our office transferred $19,500.00 in U.S. Currency to the Asset Forfeiture Fund.

PRIOR EDITIONS MAY BE USED   **1. CLERK OF THE COURT**   FORM USM 285 (Rev. 12/15/80)

*Make (5) copies when form is signed. SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.*

WHITE   PINK   YELLOW   BLUE **CLERK** GREEN

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA., | § |
| PLAINTIFF, | § |
| v. | § C.A. NO. B-04-020 |
| $19,500 UNITED STATES CURRENCY | § |
| DEFENDANT. | § |

### FINAL JUDGMENT OF FORFEITURE

BE IT REMEMBERED that on August 12, 2005, the Court, finding there are no claimants properly before this Court, and having granted the government's Motion for Default Judgment, **ORDERED** that $19,500 (Nineteen Thousand Five Hundred Dollars) in United States currency be **forfeited** to the United States.

This is a final judgment.

DONE this 12th day of August, 2005, at Brownsville Texas.

_____
Hilda G. Tagle
United States District Judge

TRUE COPY I CERTIFY
ATTEST: OCT 05 2005
MICHAEL N. MILBY, Clerk of Court
By _____ Deputy Clerk